AEE

FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1036

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Eduardo Aguilera, Jr., on behalf of himself and all other persons similarly situated, known and unknown,
vs.
Dunn-Rite America Building Maintenance, Inc. and John Pospisil

Case Number:

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Maureen A. Bantz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Maureen A. Bantz | |
| FIRM <br> Werman Law Office, P.C. | |
| STREET ADDRESS <br> 77 W. Washington Street, Suite 1402 | |
| CITY/STATE/ZIP <br> Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289000 | TELEPHONE NUMBER <br> 312-419-1008 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |