**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eduardo Aguilera Jr

                                          Plaintiff,

v.                                                        Case No.: 1:08−cv−01036

                                                         Honorable Blanche M. Manning

Dunn−Rite of America Building Maintenance, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Having been entered erroneously, the minute entry # 12 dated 7/10/2008 is vacated in its entirety. The parties having reached a settlement, status hearing set for 7/10/2008 is reset to 7/24/2008 at 11:00 AM. If all documents are finalized prior to the next hearing, the parties shall file a stipulation to dismiss and no appearance will be required.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.