IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO AGUILERA, JR., on behalf of himself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> DUNN-RITE OF AMERICA BUILDING MAINTENANCE, INC. and JOHN POSPISIL, <br><br> Defendants. | ) ) ) ) ) Case No. 08 C 1036 ) ) ) ) ) ) ) ) |

## STIPULATION TO DISMISS

Plaintiff, Eduardo Aguilera, by his attorneys, Werman Law Office, P.C., hereby stipulates that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

By: s/Douglas M. Werman
Attorney for Plaintiffs

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Stipulation to Dismiss** was served via regular U.S. mail on July 18, 2008 on:

John Pospisil
Dunn-Rite of America, Inc.
7305 Duvan Drive
Tinley Park, IL  60477

s/Douglas M. Werman
Douglas M. Werman
