IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO AGUILERA, JR., on behalf of himself and all other persons similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>DUNN-RITE OF AMERICA BUILDING MAINTENANCE, INC. and JOHN POSPISIL,<br><br>Defendants. | Case No. 08 C 1036 |

## NOTICE OF FILING

TO:   John Pospisil
      Dunn-Rite of America, Inc.
      7305 Duvan Drive
      Tinley Park, IL  60477

**PLEASE TAKE NOTICE** that on July 18, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation to Dismiss**, a copy of which is attached hereto.

                                        Respectfully submitted,

Date:  July 18, 2008                    s/Douglas M. Werman
                                        Douglas M. Werman (ARDC #6204740)
                                        Maureen A. Bantz (ARDC# 6289000)
                                        Werman Law Office, P.C.
                                        77 W. Washington, Suite 1402
                                        Chicago, Illinois 60602
                                        (312) 419-1008

                                        Attorneys for Plaintiffs