**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eduardo Aguilera Jr

                                        Plaintiff,

v.                                                                  Case No.: 1:08−cv−01036

                                                                       Honorable Blanche M. Manning

Dunn−Rite of America Building Maintenance, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Pursuant to stipulation, this case is dismissed with prejudice and without costs. Status hearing set to 7/24/2008 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.